IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KALPESHKUMAR PATEL,                          *

        Plaintiff,                          *

v.                                               Case No. 5:25-cv-00283-CAR

                                       *

US CITIZENSHIP AND IMMIGRATIONS
SERVICES Director ,                          *

        Defendant.                          *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of July, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk